IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - NORTHERN DIVISION

FILED
U.S. DISTRICT COURT

2008 MAR 27  A  9: 27

| | |
|---|---|
| BONNIE B. GRAY and GARY GRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWIN B. PARRY; EXPRESS RECOVERY SERVICES, INC; and JOHN DOES 1-10,<br><br>Defendants. | **ORDER ADOPTING REPORT** DISTRICT OF UTAH<br>**AND RECOMMENDATION**<br>BY:_____<br>   DEPUTY CLERK<br>Case No. 2:07-CV-113<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on March 5, 2008, recommending that this case be stayed pending resolution of the State case.

The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it.  Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and STAYS this case.

**IT IS SO ORDERED**

DATED this 26th day of March, 2008.

Dee Benson
United States District Judge